IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

R.R., *ET AL.*  )
 )
v.  )  NO. 2:05-CV-50
 )
BOARD OF EDUCATION,  )
KINGSPORT CITY SCHOOLS, *ET AL.*  )

# O R D E R

The plaintiffs having failed to comply with this Court's Order [Doc. 44] requiring the plaintiffs to show cause for their failure to seek judgment by entry of default as to Donna Clark, it is hereby **ORDERED** that the plaintiffs' complaint as to Donna Clark is **DISMISSED** for failure to prosecute. Fed.R.Civ.Pro. 41(b); *Link v. Wabash R. Co.,* 370 U.S. 626 (1962).

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE